1 Daniel J. Rylander P.C.
2 2701 E. Speedway, Suite 203
3 Tucson, AZ 85716
  Office (520) 299-4922
4 Fax (520) 299-1482
5
6 Daniel J. Rylander
  Ariz. Bar #15279
7
8 Attorney for Debtors

9 **UNITED STATES BANKRUPTCY COURT**

10 **FOR THE DISTRICT OF ARIZONA**

11
12
13
14 RAUL FRAGOSO | Chapter 13
15 EMMA FRAGOSO
16 | Case No.: 4:14-bk-00974-SHG
17
18 | **STIPULATED ORDER CONFIRMING**
   | **SECOND AMENDED CHAPTER 13 PLAN**
19
20 Debtors

21     The Debtors Raul and Emma Fragoso, Chapter 13 Plan,

22 having been properly noticed out to creditors and any objection to

23 confirmation having been resolved,

24     **IT IS ORDERED** confirming the Plan of the Debtors as

25
26 follows:

27   **A. INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the

28

Following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Income/Earnings: Debtors shall make the following monthly Plan payments:

| Months | Amount |
| --- | --- |
| 1-1 | $0.00 |
| 2-2 | $4,220.00 |
| 3-3 | $0.00 |
| 4-8 | $2,110.00 |
| 9-9 | $0.00 |
| 10-10 | $2,110.00 |
| 11-12 | $0.00 |
| 13-13 | $9,760.00 |
| 14-60 | $2,550.00 |

**$146,490.00 Plan Base**

The payments are due on or before the **28th** day of each month commencing **February, 2014**. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide, directly to the Trustee copies of their federal and state income tax returns for post petition years within 30 days of filing them. The Purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

(2) OTHER PROPERTY: In no event will the term of the Plan be Reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

**B. DURATION**: This Plan shall continue for **60** months from the first regular monthly payment described in Paragraph A (1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

**C. CLASSIFICATION OF AND TREATMENT OF CLAIMS**. Claims shall be classified and paid as listed below. The Plan and this order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. §586 (e), then the Trustee will pay creditors in the following order:

(1) <u>**Administrative Expenses**</u>:

<u>Attorney Fees</u>. Daniel J. Rylander, P.C., shall be allowed total compensation of **$4,500.00**. Counsel received **$2,000.00** prior to filing this case and will be paid **$2,500.00** by the Chapter 13 Trustee.

(2) <u>**Claims Secured by Real Property :**</u>

(a) **SELECT PORTFOLIO SERVICING, INC.** account number **xxxxxx5822** secured by a first deed of trust in the Debtor's residence located at **7060 S. CAMINO ZENA TUCSON, AZ 85757,** shall be paid directly by the Debtor's for regular monthly mortgage payments to **SELECT PORTFOLIO SERVICING, INC.** account number **xxxxxx5822. SELECT PORTFOLIO SERVICING, INC.** account number **xxxxxx5822** shall be paid nothing through the Plan.

(b) **SPRINGLEAF FINANCIAL SERVICES, INC.** account number **xxxxxx 5855** secured by a first deed of trust in the Debtor's residence located at **4741 W. CAMINO ELARIO TUCSON, AZ 85757,** shall be paid directly by the Debtor's for regular monthly mortgage payments to **SPRINGLEAF FINANCIAL SERVICES, INC.** account number **xxxxxx 5855. SPRINGLEAF FINANCIAL SERVICES, INC. account number xxxxxx 5855** shall be paid **$1,091.55** through the Plan for advanced payment of property taxes.

(c) **PIMA COUNTY,** secured by the property located at **4741 W. CAMINO ELARIO TUCSON, AZ 85757,** shall be paid the amount of **$1,981.62** at **16%** interest through Plan.

(3)  **Claims Secured by Personal Property:**

(a)  **INTERNAL REVENUE SERVICE, account no. XXXXX2180,** having a **SECURED TAX LIEN,** shall be paid **$7,468.00** with 3% interest through the Plan.

(b)  **ARIZONA DEPARTMENT OF REVENUE, account no. XXXX2180,** having a **Secured State Tax Lien,** shall be paid **$23,502.53** with **3%** interest through the Plan.

(4)  **Unsecured Priority Claims:**

(a)  **Internal Revenue Service,** has an unsecured priority claim for income taxes for **2009, 2010, 2011, 2012, 2013, 2014.** The creditor will be paid **$87,331.15,** the total priority claim through the Plan with no interest.

(b)  The **Arizona Department of Revenue** has an unsecured priority claim for income taxes for **2011, 2012, 2013.** The creditor will be paid **$2,693.99,** the total priority claim through the Plan with no interest.

**(5) Surrendered Property:**

Upon confirmation of this Plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, and the Trustee need not make any distributions to that creditor. Debtors surrender the following property: None

**(6) Other Provisions: None**

**(7) Unsecured Nonpriority Claims:** All other claims shall be classified as unsecured and nonpriority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. §1328.

D. **EFFECTIVE DATE AND VESTING**: The effective date of the Plan

   shall be the date of the Order. Property of the estate vests

   in Debtors upon confirmation.

**ORDER DATED AND SIGNED ABOVE.**

APPROVED AS TO FORM AND CONTENT:

DIANNE C. KERNS, Chapter 13 Trustee
Or CRAIG MORRIS, Attorney for the
Chapter 13 Trustee

APPROVED AS TO FORM AND CONTENT:

  /S/  Daniel J. Rylander
DANIEL J. RYLANDER, AZ Bar No. 15279
DANIEL J. RYLANDER, P.C.
Attorney for the Debtors

# LOCAL SAMPLE FORM 13-2. PLAN ANALYSIS

Debtor(s): **RAUL F FRAGOSO**
**EMMA R FRAGOSO**

Case No.: **4:14-bk-00974-SHG**

Prior: Chapter 7 ( )    Chapter 13 ( )

Date: **February 27, 2015**

## TOTAL DEBT AND ADMINISTRATE EXPENSES
## PROVIDED FOR BY THE PLAN

| | | | | |
|---|---|---|---|---|
| A. | DEBTOR'S UNPAID ATTORNEY FEES | | $ | 2,500.00 |
| B. | PRIORITY CLAIMS | | $ | 90,025.14 |
| | 1. | Taxes | $ | 90,025.14 |
| | 2. | Other | $ | 0.00 |
| C. | PAYMENTS TO CURE DEFAULTS | | $ | 1,091.55 |
| D. | PAYMENTS ON SECURED CLAIMS | | $ | 34,228.15 |
| E. | PAYMENTS ON OTHER CLASS | | $ | 0.00 |
| F. | PAYMENTS ON GENERAL UNSECURED CLAIMS | | $ | 3,996.16 |
| G. | SUB-TOTAL | | $ | 131,841.01 |
| H. | TRUSTEE'S COMPENSATION ( __10__ % of debtor's payments) | | $ | 14,649.00 |
| I. | TOTAL AMOUNT OF PLAN PAYMENTS | | $ | 146,490.01 |

## RECONCILIATION WITH CHAPTER 7

| | | | | |
|---|---|---|---|---|
| J. | INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED | | | |
| | 1. | Value of debtor's interest in nonexempt property | $ | 15,090.38 |
| | 2. | Value of property recoverable under avoiding powers | $ | 0.00 |
| | 3. | Less: Estimated Chapter 7 administrative expenses | $ | 2,259.04 |
| | 4. | Less: Priority claims | $ | 90,025.14 |
| K. | EQUALS ESTIMATED DIVIDEND FOR GENERAL UNSECURED CREDITORS UNDER CHAPTER 7 | | $ | 0.00 |
| L. | ESTIMATED DIVIDEND UNDER PLAN | | $ | 3,996.16 |

IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THIS PLAN ANALYSIS, THE PROVISIONS OF THE PLAN, AS CONFIRMED, CONTROL.